CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
April 21, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| Kevin K., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 5:25-cv-00067 |
| | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Defendant Commissioner of Social Security's ("Commissioner") motion to dismiss Plaintiff Kevin K.'s complaint.  (Dkt. 13.)  On April 1, 2026, the Honorable Joel C. Hoppe, United States Magistrate Judge, entered a Report and Recommendation ("R&R"), recommending that the court grant the Commissioner's motion, which it converted to a motion for summary judgment.  (Dkt. 17.)  Kevin, who is proceeding *pro se*, did not object to the R&R.  For the below stated reasons, the court will adopt Judge Hoppe's recommendation.

If there are no objections to the magistrate judge's report, a court "need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up).  Having reviewed the pleadings, motion, briefs, and Judge Hoppe's R&R and finding no clear error, the court adopts the R&R.

Therefore, it is hereby **ORDERED** that:

1. The Report and Recommendation, (Dkt. 17), is hereby **ACCEPTED** and **ADOPTED** as the opinion of the court.

2. The Commissioner's motion, (Dkt. 13), is **GRANTED**, and Kevin's complaint is **dismissed without prejudice** to refiling after he obtains a final decision under 42 U.S.C. § 405(g).

The Clerk is directed to forward copies of this Order to Kevin and all counsel of record.

 **ENTERED** this <u>21st</u> day of April, 2026.

           HON. JASMINE H. YOON
           UNITED STATES DISTRICT JUDGE